IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL WILLIAMS | : | CIVIL ACTION |
| a/k/a DARYL WILLIAMS | : | |
| | : | No. 24-6164 |
| v. | : | |
| | : | |
| DETECTIVE MANUEL SANTIAGO, et al. | : | |
| | : | |

**ORDER**

AND NOW, this 24th day of September, 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim (Dkt. No. 13) and for the reasons stated in the accompanying memorandum, it ORDERED the Motion is DENIED. Defendant City of Philadelphia has until October 9, 2025, to file an answer.

BY THE COURT:


　/s/ Juan R. Sánchez
Juan R. Sánchez, J.